NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BENJAMIN GAL-OR, VALERY SHERBAUM** AND **MICHAEL LICHTSINDER,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

_____

2014-5028

_____

Appeal from the United States Court of Federal Claims in No. 1:09-cv-00869-SGB, Judge Susan G. Braden.

_____

PER CURIAM.

**O R D E R**

Upon review of this appeal, it appears that we do not have jurisdiction because the appeal is premature.

The plaintiffs appeal a United States Court of Federal Claims order dismissing their claims regarding trade secrets.  Patent infringement matters have not yet been resolved by the trial court.  The notice of appeal thus appears premature because no final judgment has issued.

The parties may of course appeal at a later date once final judgment resolving all claims is entered.

Accordingly,

IT IS ORDERED THAT:

(1)  Appellants are directed to show cause, within 45 days of the date of filing of this order, why this petition should not be dismissed for lack of jurisdiction.  The United States may also respond within that time.

(2)  The briefing schedule is stayed.  Appellee's motion for an extension of time to file its opening brief is moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26